IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-516-FL

| | | |
|---|---|---|
| MICAH SHANE STULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SWS, LLC d/b/a SECUREWATCH, | ) | |
| | ) | |
| Defendant. | ) | |

This action was resolved by stipulation of dismissal with prejudice, filed April 23, 2014, wherein it was agreed that this court retains jurisdiction to enforce the terms of the parties' settlement agreement, as necessary. The case now comes before the court on plaintiff's verified motion to enforce the terms of that agreement, where plaintiff is due the sum of $10,000.00 remaining to be paid on or before June 1, 2014.

This motion was met by defendant's unopposed motion to withdraw as attorney, wherein counsel for defendant informs his client, which ceased operations January 2014, has notified the attorney it does not have resources to pay or to further defend. Defendant consents to the attorney's withdrawal now from representation.

Good cause having been shown, the motion to withdraw (DE 41) is ALLOWED. The responsibilities of J. Keith Coates, Jr. and David C. Lindsay, and their respective firms in representation now have ceased, and all are withdrawn as counsel of record.

As to the former motion (DE 39), it, too, shall be ALLOWED. Defendant shall have thirty (30) days from date of entry of this order to pay to plaintiff remaining sum of $10,000.00. If this money is not timely paid, plaintiff shall notify the court in verified submission and upon this showing, ju

The clerk shall serve a copy of this order upon former counsel for defendant and defendant directly, at the address provided in the motion to withdraw.

SO ORDERED, this the 18th day of August, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge