UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MICAH SHANE STULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:12-CV-516-FL |
| SWS, LLC | ) | |
| doing business as | ) | |
| SECUREWATCH, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motions to enforce the settlement agreement, for judgment, for sanctions and for attorney's fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered August 18, 2014; October 24, 2014; and November 17, 2014, and for the reasons set forth more specifically therein, that plaintiff's motions are granted and judgment is entered in favor of the plaintiff in the amount of $10,000.00. Further, defendant is ordered to pay reasonable expenses, including attorney's fees, in the amount of $2,700.00 incurred by plaintiff in the preparation of his motions relating to the defendant's non-payment of the full settlement amount.

**This Judgment Filed and Entered on November 17, 2014, and Copies To:**
Christopher C. Wilms (via CM/ECF Notice of Electronic Filing)
Michael Todd Rosenberg (via CM/ECF Notice of Electronic Filing)
SWS, LLC (via U.S. Mail) 5210 Schubert Road, Suite A, Knoxville, TN 37912-3857

This 17th day of November, 2014.   JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk

